FEE PAID NO  
IFP Received: NO  
I.F.P Amt: $ 350.00                                    MAGISTRATE   ROBERT BACHARACH

# Civ-08-115 R

## COLE v. FIGUEROA

**NEVER IN THIS COURT BEFORE**