IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WADE COLE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. CIV 08-115 R |
| | ) |
| FRED FIGUEROA, | ) |
| | ) |
| Respondent. | ) |

ENTER ORDER:

In accordance with 28 U.S.C. §636, this matter is hereby referred to **Magistrate Judge ROBERT BACHARACH**, for preliminary review, for conducting any necessary hearings, including evidentiary hearings, for the entry of appropriate orders as to non-dispositive matters, and for the preparation and submission to the undersigned judge of proposed findings and recommendations as to dispositive matters referenced in 28 U.S.C. §636(b)(1)(B) and (C).

By direction of **Judge DAVID L. RUSSELL**, we have entered the above enter order.

                                              Robert D. Dennis, Clerk

                                              By: s/Denise Bergner
                                                         Deputy Clerk

cc: parties of record 2/4/08